In the Matter of Supplementary Proceedings: TRI-STATE INVESTORS CORPORATION v. FREDERICK McHENRY KITCHING and Another.— Motion denied, with

ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.